■ HOUSEHOLD FINANCE REALTY CORPORATION OF NEW YORK, Respondent, v ISRAEL PROTOVIN et al., Appellants, et al., Defendants. [684 NYS2d 900] —In an action to foreclose a mortgage, the defendants Israel Protovin and Hindy Protovin appeal from an order and judgment (one paper) of the Supreme Court, Kings County (Vinik, J.), dated December 18, 1997, which, *inter alia*, granted the respondent's motion for summary judgment in its favor and the appointment of a Referee.

Ordered that the order and judgment is affirmed, with costs.

We agree with the Supreme Court that the respondent established that it was entitled to judgment as a matter of law, and that the appellants have failed to raise a triable issue of fact (*see,* CPLR 3212 [b]). O'Brien, J. P., Ritter, Joy and Altman, JJ., concur.